JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., formerly known as mSTATION Corporation, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER MITCHELL, an Individual, and Does 1-10, Inclusive,<br><br>Defendants | Case No.: CV11-7297 JFW (MRWx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL AS TO DEFENDANT JENNIFER MITCHELL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE*** |

Having considered the parties' Stipulation of Dismissal as to Defendant JENNIFER MITCHELL ("MITCHELL") pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the Court hereby orders that this action be dismissed in its entirety, without prejudice, as to Defendant JENNIFER MITCHELL with each party to bear its/his own attorneys' fees and costs.

IT IS SO ORDERED, ADJUDICATED and DECREED this 29th day of February, 2012.

_____
HON. JOHN F. WALTER
United States District Judge
Central District of California

- 1 -
**ORDER**